

NUMBER 13-09-00324-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

IN RE: JOHN R. COVEY

---

On Petition for Writ of Mandamus.

---

## MEMORANDUM OPINION

Before Chief Justice Valdez and Justices Yañez and Benavides
Memorandum Opinion Per Curiam[1]

Relator, John R. Covey, has filed a motion to dismiss this original proceeding. Based on documents before the Court, the parties have compromised and settled their differences. The Court, having considered the documents on file and relator's motion to dismiss the petition for writ of mandamus, is of the opinion that the motion should be granted. Accordingly, this original proceeding is DISMISSED without reference to the merits. Any pending motions are likewise DISMISSED.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
8th day of February, 2010.

---

[1] *See* TEX. R. APP. P. 52.8(d) ("When denying relief, the court may hand down an opinion but is not required to do so."); TEX. R. APP. P. 47.4 (distinguishing opinions and memorandum opinions).